IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01978-WYD-MJW

TIMOTHY SHELINE,

Plaintiff(s),

v.

JOE ORTIZ, et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Unopposed Motion to Withdraw, filed with the Court on January 27, 2006, (Docket Number 18), is GRANTED.  Jennifer Lee is withdrawn as counsel of record for the plaintiff.  Mark Silverstein will remain as counsel of record for the plaintiff in this matter.

It is FURTHER ORDERED that the Defendant's Motion to Vacate Scheduling Conference and Stay Proceedings, filed with the Court on January 27, 2006, (Docket Number 19), is DENIED.  This case will proceed on February 3, 2006, at 9:30 a.m.

Date:  January 30, 2006