IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01978-WYD-MJW

TIMOTHY SHELINE,

    Plaintiff,

v.

JOE ORTIZ, in his official capacity as Executive Director of Colorado Department of Corrections,

    Defendant.

---

[PROPOSED] ORDER (Docket No 44)

---

The Court, having reviewed Plaintiff's Unopposed Motion Plaintiff to Participate in Settlement Conference by Telephone, set for June 20, 2006 at 1:30 p.m. is **GRANTED**.

Defendant and the case manager assigned to the Plaintiff is ordered to make the necessary arrangements for Plaintiff to participate by telephone. The Court's Telephone number is 303-844-2403

Done this 14th day of June, 2006.

_____
~~Wiley Y. Daniel, District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE