IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01978-WYD-MJW

TIMOTHY SHELINE,

    Plaintiff,

v.

JOE ORTIZ, in his official capacity as Executive Director of Colorado Department of Corrections,

    Defendant.

---

**ORDER**

---

    THIS MATTER is before the Court on Defendant's Status Report [# 54], filed on July 11, 2006.  By way of background, I note that a Minute Order entered by Magistrate Judge Michael J. Watanabe on June 20, 2006, states that this matter was settled by the parties during a settlement conference on June 20, 2006, and the settlement was placed on the record and approved by Magistrate Judge Watanabe.  The parties were ordered to submit a Joint Stipulated Motion for Dismissal with Prejudice by July 5, 2006. No such motion has been submitted to this Court.

    The Court did, however, receive a Status Report from Defendant.  Defendant states therein that this matter was settled on June 20, 2006, and that the record of the proceedings confirm the substance of the settlement.  Defendant also states that counsel prepared a Stipulated Motion for Dismissal and a Release, which were sent to Plaintiff for his signature.  (Defendant attached the letter and motion to the Status

Report as Exhibit A.)  Defendant further states, "When the documents arrived at the Sterling Correctional Facility ("SCF") on June 30, 2006, Sheline refused to accept the documents from the SCF mailroom.  The SCF mailroom log bears Inmate Sheline's signature with his notation "Refused." (See Exhibit B, SCF Legal Mail Log). In addition, the envelope also bears the printed and handwritten notation that Sheline refused to accept the documents. (See Exhibit B)."  Def.'s Status Report at 1-2.  Defendant ultimately requests that in light of the settlement reached on June 20, 2006, the Court enter an order dismissing this case.

Upon review of the file, the Court concludes that there is likely a binding settlement agreement in this case.  Plaintiff has until **Friday, July 21, 2006**, to respond to Defendant's Status Report and to show cause why this matter should not be dismissed in light of the settlement reached on June 20, 2006.

Dated:  July 12, 2006

BY THE COURT:

s/ Wiley Y. Daniel  
Wiley Y. Daniel  
U. S. District Judge